**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NORMAN K. NOLDEN,** : | |
|   Plaintiff : | |
| : | No. 1:12-cv-01541 |
| v. : | |
| : | (Judge Kane) |
| **UNITED STATES OF AMERICA, et al.,** : | |
|   Defendants : | |

## ORDER

**ACCORDINGLY**, on this 16th day of April 2014, **IT IS HEREBY ORDERED THAT**:

1. The United States' motion to dismiss (Doc. No. 38) is **GRANTED**; and

2. Plaintiff's amended complaint (Doc. No. 28) is **DISMISSED WITH PREJUDICE** as to Defendant United States.

                                                  S/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania